# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTINE L. HOSKING, | : |
| Plaintiff, | : No. 3:10cv64 (MRK) |
| v. | : |
| MICHAEL ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | : |
| Defendant. | : |

## RULING AND ORDER

Following entry of judgment in this Social Security Act appeal, Plaintiff Christine L. Hosking filed three successive motions for attorney's fees. On October 1, 2010, United States Magistrate Judge William I. Garfinkel issued a Recommended Ruling [doc. # 30], recommending that Plaintiff's first Motion for Attorney's Fees [doc. # 19] be granted in part an denied in part; that Plaintiff's Second Motion for Attorney's Fees [doc. # 25] be granted in part and denied in part; and that Plaintiff's Third Motion for Attorney's Fees [doc. # 28] be denied. Ms. Hosking timely filed a Partial Objection [doc. # 31] to the Recommended Ruling. Defendant Michael J. Astrue timely filed an Objection [doc. # 32] to the Recommended Ruling.

Having carefully considered the Recommended Ruling and the parties' Objections, and having reviewed *de novo* the parties' submissions on the issue of attorney's fees, the Court hereby adopts the Magistrate Judge's Recommended Ruling, and finds that the Magistrate Judge's assessment of fees is reasonable and consistent with the Equal Access to Justice Act, 28 U.S.C. §

1

2412, as amended. Plaintiff's counsel is awarded $ 6,084.00 in attorney's fees, representing 33.8 hours of work compensated at the rate of $180 per hour. Plaintiff's Motion for Attorney's Fees [doc. # 19] is GRANTED in part and DENIED in part; Plaintiff's Second Motion for Attorney's Fees [doc. # 25] is GRANTED in part and DENIED in part; and Plaintiff's Third Motion for Attorney's Fees [doc. # 28] is DENIED.

IT IS SO ORDERED,

_____
Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: **November 1, 2010.**